STATE of Missouri, Respondent,

v.

David Allen MROZAK, Appellant.

### WD 78371

Missouri Court of Appeals, Western District.

Order filed: June 28, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied August 30, 2016

Karen L. Kramer, for Respondent.

Samuel E. Buffaloe, for Appellant.

Before Division Two: Victor C. Howard, Presiding Judge, Thomas H. Newton, Judge and Karen King Mitchell, Judge

### ORDER

PER CURIAM:

David Mrozak appeals his conviction following a jury trial for attempted entice-

ment of a child and sentence of ten years imprisonment. In his sole point on appeal, he contends that the evidence was insufficient to support his conviction because the State failed to prove lack of entrapment beyond a reasonable doubt. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The conviction is affirmed. Rule 30.25(b).